DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEVERLEY C. OATES,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee for WAMU
Mortgage Pass-through Certificate Series 2005-AR6
Appellee.

No. 4D16-3851

[December 21, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. CACE-13003010.

Kenneth Eric Trent of Kenneth Eric Trent, P.A., Fort Lauderdale, for appellant.

Allison Morat and Teris A. McGovern of Pearson Bitman LLP, Maitland, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***